IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES TODD LASSITER,                    )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )
                                        )        No. 5:15-cv-00600-FL
CAROLYN W. COLVIN,                      )
ACTING COMMISSIONER                     )
OF SOCIAL SECURITY,                     )
                                        )
        Defendant.                      )
_____)

**ORDER**

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that

Defendant pay to Plaintiff the sum of $3,867.75, in full satisfaction of any and all claims arising

under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED this 4th day of August, 2016,

Hon. Louise W. Flanagan
U.S. District Judge
Eastern District of North Carolina